DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID HADDEN,**
Appellant,

v.

**THE DISTRICT BOARD OF TRUSTEES OF BROWARD COLLEGE**
d/b/a **BROWARD COLLEGE, MERCEDES A. QUIROGA,** in her
individual and official capacities, **GREGORY A. HAILE,** in his individual
and official capacities, and **MELISSA HOFFMAN,** in her individual and
official capacities,
Appellees.

No. 4D16-3932

[November 30, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit,
Broward County; Sandra Perlman, Judge; L.T. Case No. CACE-15-018472.

David Hadden, Vero Beach, pro se.

Anaili Cure and Michael W. Marcil of Gunster, Yoakley & Stewart, P.A.,
Miami, for appellee The District Board of Trustees of Broward College.

PER CURIAM.

*Affirmed.*

WARNER, TAYLOR and DAMOORGIAN, JJ., concur.

*         *         *

***Not final until disposition of timely filed motion for rehearing.***